IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MARY WARREN, Next Friend of M.M., a Minor,** ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | Case No. 4:22-cv-806-FJG |
| **COVENANT TRANSPORT, INC., et al.,** ) ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

Plaintiff Mary Warren, Next Friend of M.M., a minor, hereby certifies that ***Plaintiff's Rule 26 Initial Disclosures*** were sent via email in PDF format on the 22nd day of March, 2023, to Joseph R. Swift at jswift@bakersterchi.com, Attorneys for Defendants. Pursuant to the applicable Rules, the originals of these pleadings are being retained in Plaintiff's file. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

Respectfully submitted,

**COOK, BARKETT, PONDER & WOLZ, L.C**

By: ___/s/ Daniel J. Grimm___
       J. Michael Ponder #38066
       Daniel J. Grimm #59209
       1610 North Kingshighway, Suite 201
       P. O. Box 1180
       Cape Girardeau, MO 63702-1180
       PH: 573-335-6651 FAX: 573-335-6182
       Email: dgrimm@cbpw-law.com
       Attorneys for Plaintiff

## Certificate of Service

The undersigned certifies that a copy of this Certificate of Service was e-filed with the Court's e-filing system on the 22nd day of March, 2023, and served via the e-filing system to the attorneys of record.

                                                  */s/ Daniel J. Grimm*
                                                  Daniel J. Grimm #59209